395 A.2d 994

Penn Federal Savings & Loan Association of Philadelphia
v. Mintzes et al. (et al., Appellant).

Argued September 14, 1978. James W. Hennessey, for appellant; Henry Y. Goldman, for appellees, Rocco.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.

395 A.2d 994

Philadelphia Consumer Discount Company v.
Spraggins, Appellant, et al.

Argued September 11, 1978. Allen L. Feingold, for appellant; Samuel B. Brenner, with him Alan B. Liss, for appellee, Philadelphia Consumer Discount Company.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed; petition for reargument denied December 29, 1978.